RECEIVED IN CLERK'S OFFICE
JUN 20 2014
U.S. DISTRICT COURT
MID. DIST. TENN.

US DISTRICT COURT
Middle District of Tennessee

) Craig Cunningham
) Plaintiff, pro se
)
)      v.
)
) First Source Advantage
) Defendants.

CIVIL ACTION NO. 3:14-cv-1276

### Plaintiff's Notice of Voluntary Dismissal

1. The Plaintiff in this case hereby requests the court dismiss the case with prejudice.

2. The Plaintiff has resolved the matters of controversy in this case.

### Certificate of Service

I hereby certify that a true copy of the foregoing was sent to the Defendants in this case.

Respectfully submitted,

Craig Cunningham
Plaintiff, Pro-se

Mailing address:

Craig Cunningham

5543 Edmondson Pike ste 248

Nashville, tn 37211

206-312-8648
June 18th 2014

1



6543 Edmondson Pike
Ste 248
Nashville, TN 37211

US District Court
801 Broadway
Nashville TN 37203

RECEIVED
IN CLERK'S OFFICE
JUN 20 2014
U.S. DISTRICT COURT
MID. DIST. TENN.